UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.   3:02-cr-47-J-12TEM

WILLIAM PAUL RUGMAN

## ORDER GRANTING UNITED STATES' SECOND MOTION FOR REDUCTION OF SENTENCE

This cause is before the Court upon the United States' Second Motion for Reduction of Sentence (Doc.86), pursuant to Fed.R.Cr.P. 35(b)(2)(B), filed May 9, 2006. As of the date of this Order, the Defendant has not filed a response to the Government's motion.

The Government requests that the Court reduce the Defendant's sentence by departing downward two offense levels to offense level 29 and criminal history category I, in recognition of the Defendant's cooperation with the United States and his substantial assistance in the prosecution of other individuals as set forth in the Government's motion.

The Government recommends that the Defendant be sentenced to 87 months, the low end of the resulting 87-108 month guideline range. The Court has carefully reviewed the Government's motion and will grant it for the reasons set forth therein. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     That the United States' Second Motion for Reduction of Sentence (Doc. 86) is granted;

2.     That the Defendant's sentence is reduced to a term of 87 months incarceration;

3. That the Judgment (Doc.46), filed October 2, 2002, as modified by the Court's Order (Doc.74), filed September 24, 2003, is further modified to reflect the reduction of the Defendant's sentence from a term of 120 months incarceration to a term of 87 months incarceration for the reasons set forth above;

4. That all other portions of the Judgment shall remain in full force and effect; and

5. That after considering the Sentencing Guidelines advisory recommendation and all of the factors identified in Title 18, United States Code, Section 3553(a)(1)-(7), the Court finds the sentence imposed to be sufficient, but not greater than necessary, to comply with the purposes of sentencing set forth in Title 18, United States Code, Section 3553(a). .

DONE AND ORDERED this 14TH day of June 2006.

Howell W. Melton
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
James A. Hernandez, Esq.
AUSA (Brown)
U.S. Marshal

Defendant, William Paul Rugman
U.S. Probation
Bureau of Prisons